# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISON

| | |
|---|---|
| DLHBOWLES, INC., | ) CASE NO. 5:21-CV-00170-DAR |
| | ) |
| Plaintiff, | ) JUDGE DAVID A. RUIZ |
| | ) UNITED STATES DISTRICT JUDGE |
| v. | ) |
| | ) MAGISTRATE JUDGE |
| JIANGSU RIYING ELECTRONICS CO., LTD., | ) CARMEN E. HENDERSON |
| | ) |
| | ) **ORDER** |
| | ) |
| Defendant, | |

This is before the undersigned on Plaintiff's motion for protective order relieving Plaintiff of its obligation to answer Defendant's Requests for Admission. (ECF No. 92). However, Plaintiff admits that it has not met and conferred on this issue and Plaintiff failed to inform the Court of a discovery dispute before filing this motion. As Local Rule 37.1 makes clear, "before a party may file a discovery motion, it must certify that it has attempted in good faith to resolve the dispute, and contact the court to apprise the court of the dispute and afford it an opportunity to resolve the dispute either by means of a phone conference or, if that fails, upon letters setting forth the parties' respective positions." *Salem v. City of Akron*, No. 5:18cv1754, 2020 WL 1233953, at *4 (N.D. Ohio Mar. 13, 2020). Failure to comply with these procedures is grounds for denying the motion. *See Schneider Saddlery Co., v. Best Shot Pet Prods. Int'l, LLC*, No. 1:06 CV 2602, 2007 WL

3232452, at *1 (N.D. Ohio Nov. 1, 2007) (denying a motion for protective order for failure to comply with Local Rule 37.1). Accordingly, the undersigned DENIES Plaintiff's motion.

    **IT IS SO ORDERED.**

Dated: March 22, 2022

                                                *s/ Carmen E. Henderson*
                                                CARMEN E. HENDERSON
                                                U.S. MAGISTRATE JUDGE